CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **LARI DONSHELL DAVIS**      SS#: xxx-xx-5287      Net Monthly Earnings: _____

**THOMAS JAMES JEFFERSON**      SS#: xxx-xx-8673      Number of Dependents: **2**

1. Plan Payments:
   ( ____ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or

   ( **X** ) Payroll deduction Order: To **Diversicare Leasing Corporation Brookshire Healthcare Center 4320 Judith Lane, Huntsville, AL 35805** for
   $ **200.00** ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **25,992.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **STATE OF ALABAMA** | **Taxes and certain other debts** | **$274.00** | **$10.00** |

   B. Total Attorney Fee: $ **2,750.00** ; **$300.00** paid pre-petition; $ **2,450.00** to be paid at confirmation and $ **0.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | by Trustee by Debtor | | | | | |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **MOTOR MAX** | **$0.00** | **$3,000.00** | **$3,525.00** | **$0.00** | **2000 MERCURY MOUNTAINEER** | **6.00%** | **$65.00** | |
| **Santander** | **$0.00** | **$11,777.00** | **$12,000.00** | **$0.00** | **2005 FORD MUSTANG** | **5.00%** | **$210.00** | |

III. Other debts (<u>not shown in 1 or 2 above</u>) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:

   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated.
   ☒ This plan proposes to pay unsecured creditors **100** %.
   ☐ Other Provisions:

(1) All creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoice, statements and payment requests to facilitate these monthly maintenance payments.

(2) Payments by the Trustee-Pursuant to 11 U.S.C. § 1326(b), from money received, the trustee shall first pay 507(a)(2)costs, including 503 (b) claims of filing fees of $281.00 and then attorneys fees of $2,745.00. When these costs have been paid, the trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the trustee shall then be distributed prorata to properly filed unsecured claims.

(3) ALL SECURED CLAIMS SHALL BE PAID AS NOTED IN SECTION 2 OR UNTIL SAID CLAIM IS PAID IN FULL.

CLAIMS DISTRIBUTION WILL BE SUBJECT TO MODIFICATION AFTER BAR DATE REVIEW.

| | | |
|---|---|---|
| Attorney for Debtor Name/Address/Telephone # | Date **DECEMBER 15, 2013** | **/s/ LARI DONSHELL DAVIS** |
| **ALBERT OSORIO** | | **LARI DONSHELL DAVIS** |
| | | Signature of Debtor |
| **500 SOUTH LAND DRIVE** | | **/s/THOMAS JAMES JEFFERSON** |
| **SUITE 214** | | |
| **BIRMINGHAM, AL 35226** | | **THOMAS JAMES JEFFERSON** |
| Telephone # **205-332-0506** | | Signature of Joint Debtor |

# United States Bankruptcy Court
## Northern District of Alabama

In re **LARI DONSHELL DAVIS**
**THOMAS JAMES JEFFERSON** Debtor(s)

Case No.
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2013, a copy of the CHAPTER 13 PLAN was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**CHECK N GO**
**FOX COLLECTION CENTER**
**FOX COLLECTION CENTER**
**FRANKLIN COLLECTION**
**FRANKLIN COLLECTION**
**FRANKLIN COLLECTION**
**FRANKLIN COLLECTION**
**FRANKLIN COLLECTION**
**FRANKLIN COLLECTION**
**HOLLOWAY CREDIT SERVICES**
**MOTOR MAX**
**NORTHERN RESOLUTION GROUP**
**RECEIVABLES MANAGEMENT**
**RECEIVABLES MANAGEMENT**
**REDSTONE FEDERAL CREDIT UNION**
**REGIONS/AMS**
**RJM ACQUISITIONS LLC**
**Santander**
**STATE OF ALABAMA**
**UNITED CONSUMER FINANCIAL**
**WESTERN FINANCE**
**WORLD FINANCE CORP**

**/s/ ALBERT OSORIO**
**ALBERT OSORIO**
**LAW OFFICES OF ALBERT J. OSORIO**
**500 SOUTH LAND DRIVE**
**SUITE 214**
**Birmingham, AL 35226**
**205-637-6188Fax:205-449-4311**
**AOSORIO@OSORIOLAW.COM**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 13-83778-JAC13    Doc 2    Filed 12/15/13    Entered 12/15/13 17:10:42    Desc Main
Document      Page 3 of 3